IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KIMBERLY LOPEZ, as guardian, next )
friend and parent of GILBERT LOPEZ a )
minor, individually, et al )
)
v. ) NO. 3:07-0799
)
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY )

**O R D E R**

The parties' joint motion to set case management conference, Docket Entry No. 58, filed February 21, 2008, is GRANTED. A case management conference is scheduled for **9:00 a.m., Thursday, March 6, 2008**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge