UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GILBERTO LOPEZ, by and through ) <br> the CUMBERLAND TRUST & ) <br> INVESTMENT COMPANY as next ) <br> friend and trustee of ) <br> The Gilberto Kelly Lopez ) <br> Irrevocable Trust and ) <br> ) <br> UNITED STATES OF AMERICA ) <br>     Intervenor ) <br> ) <br> v. ) <br> ) <br> THE METROPOLITAN GOVERNMENT OF ) <br> NASHVILLE AND DAVIDSON COUNTY, ) <br> ET AL. ) | No. 3:07-0799 <br> Judge Echols |

### O R D E R

Pending before the Court is Defendant Genesis Learning Centers' Motion to Adopt and Incorporate by Reference Motions In Limine (Nos. 308, 310, 312, 320, 322, 328, 336, 341, 343) Filed by Co-Defendant Metropolitan Government of Nashville and Davidson County (Docket Entry No. 487).

The Motion is hereby GRANTED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE