IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **GILBERTO LOPEZ, by and through the CUMBERLAND TRUST & INVESTMENT COMPANY as next friend and trustee of The Gilberto Kelly Lopez Irrevocable Trust,** | ) ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| **UNITED STATES OF AMERICA,** | ) Case No. 3:07-cv-0799 ) ) |
| **Plaintiff-Intervenor,** | ) ) ) |
| v. | ) |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY; and GENESIS LEARNING CENTERS,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER DISSOLVING CONSENT DECREE

Pending before the Court is the motion of Defendant Metropolitan Government of Nashville and Davidson County, Tennessee ("Metropolitan Government") to dissolve the consent decree in this case (Docket No. 612). On August 10, 2017, as directed by the Court, Plaintiff-Intervenor United States of America (the "United States") filed a Statement of Compliance and Non-Opposition to the Metropolitan Government's Motion to Dissolve Consent Decree (Docket No. 619). Based on the statements made by Metropolitan Government, as confirmed by the statements of the United States, Metropolitan Government has complied with the Consent Decree's terms, and its request for dissolution of the consent decree is timely and unopposed. Metropolitan Government's Motion to Dissolve Consent Decree (Docket No. 612) is therefore GRANTED. The Consent Decree entered on February 9, 2010 by and

between the Metropolitan Government and Plaintiff-Intervenor United States (Doc. #516) is hereby dissolved.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge